**NAN GEIST FABER, P.C.**
ATTORNEY AT LAW
996 Dartmouth Lane
Woodmere, New York 11598

T. (516) 526-2456
F. (516) 295-2974

nfaber@nangeistfaber.com
www.nangeistfaber.com

February 11, 2018

**VIA ECF**
Hon. Judge Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-5704

Re: *Long Island Neurosurgical Associates, P.C. v. Highmark Blue Shield;*
**2:18-cv-00081-DRH-AYS**
**PLAINTIFF'S REQUEST TO AMEND THE COMPLAINT**

Dear Judge Hurley:

I represent Plaintiff, Long Island Neurological Associates, P.C., in the above-referenced lawsuit. Defendant's counsel, Scott C. Hollander, with consent of the undersigned, requested an extension of time to answer or otherwise respond to the Complaint from January 12, 2018 to February 12, 2018 in its letter dated January 8, 2018 (the "Letter") to Your Honor to allow Defendant to properly review the allegations in the Complaint and for settlement discussions to take place. The Court granted this extension.

During the past thirty days, Defendant has declined to engage in settlement discussions with the undersigned despite Plaintiff's initiating communications with Mr. Hollander to entertain discussions. Had Plaintiff known that Defendant had no intentions of engaging in said discussions, it would have requested consent to file an amended complaint prior to the date hereof, but Plaintiff relied upon Defendant's representations in the Letter to Your Honor.

In light of the fact that Defendant has not engaged in *any* settlement discussions nor filed an answer, Plaintiff hereby requests thirty days from February 12, 2018 through March 14, 2018 to file an amended Complaint. This is Plaintiff's first request for an extension of time to file an amended Complaint.

We thank Your Honor for your consideration of this matter.

Respectfully submitted,

*/s/ Nan Geist Faber*

Nan Geist Faber

cc: All Counsel of Record (via ECF)