UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LONG ISLAND NEUROSURGICAL ASSOCIATES, P.C., <br><br> Plaintiff, <br><br> vs. <br><br> HIGHMARK BLUE SHIELD and REED SMITH LLP, <br><br> Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Civil Action No. 2:18-CV-00081-DRH-AYS |

The above-entitled matter having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the matter is hereby dismissed with prejudice and without costs against the parties.

NAN GEIST FABER, P.C.                    CHIESA SHAHINIAN & GIANTOMASI PC
Attorneys for Plaintiff                          Attorneys for Defendants
Long Island Neurosurgical Associates, P.C.   Highmark Blue Shield and Reed Smith LLP


By: ___s/ Nan Geist Faber_____         By: ___s/ Scott C. Hollander_____
       Nan Geist Faber                                  Scott C. Hollander
       996 Dartmouth Lane                          One Boland Drive
       Woodmere, NY 11598                       West Orange, NJ 07052
       nfaber@nangeistfaber.com               shollander@csglaw.com

4840-6785-8842.v1